request for re:summons. Case **25-01162**

Today, I discovered that I believe I sent an older draft version of the complaint to the defendant with the summons. The defendant's motions were written before he got the summons and complaint from me and must have been based on the version of the complaint submitted to the court.

I request you to re-issue the summons so I can be sure to send it with the correct version of the complaint that was submitted to the court.

Mark Danko
/s/ Mark Danko
978 328 6038
mwdanko@gmail.com
302 melrose st
Melros ma
02176