UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mark Danko, | ) PLAINTIFF'S MOTION FOR LEAVE |
| | ) TO FILE FIRST AMENDED COMPLAINT |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proceeding No. 25-01162 |
| | ) |
| Andrew Breiter-Wu, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7015, Plaintiff Mark Danko respectfully moves for leave to file a First Amended Complaint to Determine Nondischargeability of Debt.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff commenced this adversary proceeding seeking a determination of nondischargeability under 11 U.S.C. § 523(a)(2)(A).

2. Defendant has filed a Motion to Dismiss pursuant to Rule 12(b), asserting alleged deficiencies in the pleading.

3. Plaintiff seeks leave to amend the Complaint to address the issues raised in Defendant's Motion to Dismiss and to plead additional factual detail clarifying the basis for Plaintiff's claims.

4. This is Plaintiff's first request to amend the Complaint.

5. The case remains at an early stage, and Defendant will suffer no undue prejudice if leave to amend is granted.

6. Rule 15(a)(2) provides that leave to amend should be freely given when justice so requires, and courts routinely grant leave under circumstances such as these.

The proposed First Amended Complaint is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order granting leave to file the attached First Amended Complaint and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**Mark Danko**

**/s/ Mark Danko**

Plaintiff, pro se

mwdanko@gmail.com

302 Melrose st

Melrose ma

978 382 6038