

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Andrew Breiter-Wu<br><br>Debtor(s). | Chapter 7<br>Case No. 25-11742-EDK |
| Mark Danko<br>Plaintiff(s),<br><br>v.<br><br>Andrew Breiter-Wu<br>Defendant(s). | Adversary Proceeding<br>No. 25-01162-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#16 Motion filed by Plaintiff Mark Danko for Leave to File [15] First Amended Complaint

**Decision set forth more fully as follows:**

**GRANTED.** See order of even date.

Dated: 02/05/2026

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge