**CERTIFICATE OF SERVICE**

I hereby certify that on **Feb 25, 2026**, I served a true and correct copy of the "FIRST AMENDED  COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT" of  upon the following party by electronic mail, pursuant to Fed. R. Bankr. P. 7005 and Fed. R. Civ. P. 5(b)(2)(E):

Andrew Breiter-Wu
 Defendant, pro se
 Email:legal@breiterplanet.com


Respectfully submitted,

**Mark Danko**
**/s/ Mark Danko**
 Plaintiff, acting pro se