# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

In re:

    ANDREW BREITER-WU

                Debtor,

**Mark Danko, Plaintiff**

v.

**Andrew Breiter-Wu, Defendant**

CHAPTER 7

CASE NO. 25-11742

ADVERSARY PROCEEDING #25-01162

## DEFENDANT ANDREW BREITER-WU'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Andrew Breiter-Wu, proceeding pro se, respectfully moves this Court, pursuant to

**Fed. R. Civ. P. 12(b)(6)** and **Fed. R. Civ. P. 9(b)**, made applicable to this adversary proceeding

by **Fed. R. Bankr. P. 7012** and **Fed. R. Bankr. P. 7009**, to dismiss Plaintiff Mark Danko's First

Amended Complaint in its entirety, with prejudice.

As set forth more fully in Defendant's **Memorandum of Law in Support of Motion to Dismiss**

**Plaintiff's First Amended Complaint**, Plaintiff's First Amended Complaint fails to state a

plausible claim for nondischargeability under **11 U.S.C. § 523(a)(2)(A)** against Defendant

personally. Among other defects, the First Amended Complaint fails to plausibly allege a

nondischargeable debt owed by Defendant Andrew Breiter-Wu personally, fails to plead fraud

with particularity as required by Rule 9(b), relies on conclusory and insufficient alter-ego allegations, and asserts Counts IV and V that fail as a matter of law.

In support of this Motion, Defendant relies upon the accompanying Memorandum of Law and the exhibits attached thereto, including the Settlement Agreement and Mutual Release, Agreement for Judgment, Malden District Court docket and judgment records, payment processor records reflecting Plaintiff's payments to Breiter Planet Properties, LLC, and project-development documents.

WHEREFORE, Defendant Andrew Breiter-Wu respectfully requests that this Court:

1. **Dismiss Plaintiff's First Amended Complaint in its entirety, with prejudice**; and

2. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,
/s/ Andrew Breiter-Wu
Andrew Breiter-Wu, Pro Se
Debtor
86 Willard Ave
Seekonk, MA 02771
617-334-5785
Legal@breiterplanet.com

Dated: March 16, 2026

## <u>CERTIFICATE OF SERVICE</u>

I, **Andrew Breiter-Wu**, hereby certify that on **March 16, 2026**, I caused a true and correct copy of the foregoing **Motion to Dismiss Plaintiff's First Amended Complaint**, together with all accompanying documents, to be served by electronic mail, upon:

> **Mark Danko**
> 302 Melrose St
> Melrose, MA 02176
> mwdanko@gmail.com

Dated: March 16, 2026

**/s/ Andrew Breiter-Wu**
 **Andrew Breiter-Wu**
 Defendant, Pro Se

3