**CERTIFICATE OF SERVICE**

I hereby certify that on this __29_ day of _April , 2026, I caused a true and correct copy of the foregoing **Plaintiff's Opposition to Defendant's Motion to Dismiss First Amended Complaint** to be served via electronic mail upon the following:

Andrew Breiter-Wu
 Email: Legal@breiterplanet.com

Service was made by transmitting the document in PDF format to the email address listed above.

/s/ Mark Danko
 Mark Danko
 Plaintiff, Pro Se