## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Danko v. Breiter–Wu,<br>Debtor | Chapter: 0<br>Case No: 25–01162<br>Judge Elizabeth D. Katz |

### NOTICE OF FILING FEE DUE

On **JUNE 18, 2026** you filed a **Notice of Appeal (Fee $298.00)** which requires the fee indicated. Please submit your payment by **JULY 2, 2026 .**

Date:  6/18/26

By the Court,

<u>Sheila Smith</u>
Deputy Clerk
413–785–6910

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

◉ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

47 – 46