## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

---

In re:

**ANDREW BREITER-WU,**

Debtor.


Chapter 7 Case No. 25-11742-EDK

---

**MARK DANKO,**

Plaintiff-Appellant,

v.

**ANDREW BREITER-WU,**

Defendant-Appellee.


Adversary Proceeding No. 25-01162

---

### APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Fed. R. Bankr. P. 8009, Appellant Mark Danko hereby designates the following items to be included in the record on appeal and states the issues to be presented to the United States Bankruptcy Appellate Panel for the First Circuit.

## I. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Appellant presents the following statement of issues to be considered on appeal:


1. Whether the bankruptcy court erred in dismissing Count One of the First Amended Complaint (Docket #32) by relying on Appellant's oral statement at the hearing and improperly weighing the strength of the evidence, rather than accepting the complaint's well-pleaded allegations as true and limiting its review to the face of the pleadings.


2. Whether the bankruptcy court erred in dismissing Count One by requiring Appellant to plead fraudulent intent with a degree of particularity beyond that permitted by Fed. R. Civ. P.

9(b), which expressly provides that intent and other conditions of a person's mind may be alleged generally.

3. Whether the bankruptcy court erred in dismissing Counts Two and Three on the ground that the alleged misrepresentations occurred after the debt was incurred, without considering whether those misrepresentations independently induced Appellant's continued reliance and additional payments.

4. Whether the bankruptcy court erred in dismissing Counts Four and Five without applying the Supreme Court's holding in Husky International Electronics, Inc. v. Ritz, 578 U.S. 355 (2016), that actual fraud under 11 U.S.C. Section 523(a)(2)(A) encompasses fraudulent schemes that do not require a direct misrepresentation to the creditor.

5. Whether the bankruptcy court erred in dismissing all five counts of the First Amended Complaint without granting Appellant, a pro se litigant, leave to amend.

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant designates the following items from the docket in Adversary Proceeding No. 25-01162 to be included in the record on appeal. This designation includes all exhibits, appendices, and attachments to the designated docket entries.

| ITEM NO. | DOCKET NO. | DATE FILED | DESCRIPTION |
|---|---|---|---|
| 1 | #1 | 11/17/2025 | Complaint filed by Plaintiff Mark Danko against Andrew Breiter-Wu |
| 2 | #3 | 11/25/2025 | Motion filed by Defendant Andrew Breiter-Wu to Dismiss Case, with Memorandum in Support |
| 3 | #15 | 01/08/2026 | First Amended Complaint filed by Plaintiff Mark Danko |
| 4 | #16 | 01/08/2026 | Motion filed by Plaintiff Mark Danko for Leave to File First Amended Complaint |
| 5 | #17 | 01/08/2026 | Opposition filed by Plaintiff Mark Danko to Defendant's Motion to Dismiss |
| 6 | #18 | 01/08/2026 | Endorsed Order dated |

| ITEM NO. | DOCKET NO. | DATE FILED | DESCRIPTION |
|---|---|---|---|
| | | | 1/8/2026 Re: Motion for Leave to File First Amended Complaint |
| 7 | #19 | 01/08/2026 | Endorsed Order dated 1/8/2026 Re: Defendant's Motion to Dismiss (hearing continued to 2/5/2026) |
| 8 | #22 | 01/16/2026 | Objection filed by Defendant Andrew Breiter-Wu to Plaintiff's Motion to Amend |
| 9 | #25 | 01/30/2026 | Response filed by Plaintiff Mark Danko to Defendant's Objection to Motion to Amend |
| 10 | #28 | 02/05/2026 | Order dated 2/5/2026 -- Defendant's Motion to Dismiss DENIED WITHOUT PREJUDICE; deadline to file amended complaint 2/26/2026 |
| 11 | #29 | 02/05/2026 | Order dated 2/5/2026 -- Motion for Leave to Amend GRANTED |
| 12 | #32 | 02/25/2026 | First Amended Complaint (operative complaint) filed by Plaintiff Mark Danko against Andrew Breiter-Wu |
| 13 | #33 | 03/16/2026 | Motion filed by Defendant Andrew Breiter-Wu to Dismiss First Amended Complaint, with Memorandum of Law in Support |
| 14 | #36 | 04/06/2026 | Order dated 4/6/2026 Re: Motion to Dismiss (hearing rescheduled to 5/21/2026) |
| 15 | #38 | 04/17/2026 | Order dated 4/17/2026 Re: Motion to Dismiss (hearing rescheduled to 6/4/2026) |
| 16 | #40 | 04/29/2026 | Opposition filed by |

| ITEM NO. | DOCKET NO. | DATE FILED | DESCRIPTION |
|---|---|---|---|
| | | | Plaintiff Mark Danko to Defendant's Motion to Dismiss First Amended Complaint |
| 17 | #41 | 05/04/2026 | Reply filed by Defendant Andrew Breiter-Wu to Plaintiff's Opposition to Motion to Dismiss |
| 18 | #42 | 06/04/2026 | Endorsed Order dated 6/4/2026 -- Motion to Dismiss TAKEN UNDER ADVISEMENT |
| 19 | #43 | 06/04/2026 | Order dated 6/4/2026 Granting Defendant's Motion to Dismiss First Amended Complaint (Order on Appeal) |
| 20 | #46 | 06/18/2026 | Notice of Appeal and Statement of Election to BAP filed by Plaintiff Mark Danko |
| 21 | #48 | 06/18/2026 | Notice of Appeal to Bankruptcy Appellate Panel |
| 22 | #50 | 06/18/2026 | Initial Transmittal to BAP |
| 23 | N/A | 06/04/2026 | Transcript of hearing held on June 4, 2026 on Defendant's Motion to Dismiss First Amended Complaint (Docket #33), being ordered separately; if no transcript is obtained, a Certificate of No Transcript Ordered will be filed |

## III. RESERVATION OF RIGHTS

Appellant expressly reserves the right to withdraw, supplement, amend, or modify this Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented on Appeal, and to move to strike any items included by Appellee in a designation of additional items. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges, and objections.


Respectfully submitted,

/s/ Mark Danko

**MARK DANKO**

Plaintiff-Appellant, Pro Se

302 Melrose St

Melrose, MA 02176

(978) 328-6038

mwdanko@gmail.com

Dated: July 2, 2026

---

## CERTIFICATE OF SERVICE

I, Mark Danko, hereby certify that I caused a copy of the foregoing to be served upon counsel for Defendant-Appellee Andrew Breiter-Wu by electronic mail, addressed to:

Andrew Breiter-Wu

Legal@breiterplanet.com

/s/ Mark Danko

---

**MARK DANKO**