**TUA, DISMISSED, APPEAL**

# United States Bankruptcy Court
# District of Massachusetts (Boston)
# Adversary Proceeding #: 25−01162

*Assigned to:* Chief Judge Elizabeth D. Katz
*Lead BK Case:* 25−11742
*Lead BK Title:* Andrew Breiter−Wu
*Lead BK Chapter:* 7
*Demand:* $24000
*Nature[s] of Suit:* 62 Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud

*Date Filed:* 11/17/25
*Date Dismissed:* 06/04/26

***Plaintiff***
−−−−−−−−−−−−−−−−−−−−−−−
**Mark Danko**
302 Melrose St
Melrose, MA 02176
978−328−6038

represented by **Mark Danko**
PRO SE

V.

***Defendant***
−−−−−−−−−−−−−−−−−−−−−−−
**Andrew Breiter−Wu**
86 Willard Ave
Seekonk, MA 02771
617−334−5785
SSN / ITIN: xxx−xx−0563

represented by **Andrew Breiter−Wu**
PRO SE

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 11/17/2025 | | 1 | Adversary case 25−01162. Complaint by Mark Danko against Andrew Breiter−Wu. Fee Amount $350. Nature of Suit(62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud))(kmj, usbc) (Entered: 11/17/2025) |
| 11/17/2025 | | 2 | Summons Issued on Andrew Breiter−Wu Answer Due 12/17/2025. Summons must be served within seven (7) days of issuance. (Delivered in hand at time of filing) (kmj, usbc) (Entered: 11/17/2025) |
| 11/17/2025 | | | Receipt of Adversary Filing Fee − $350.00 by KJ. Receipt Number 11001096. (adi) (Entered: 11/18/2025) |
| 11/25/2025 | | 3 | Motion filed by Defendant Andrew Breiter−Wu to Dismiss Case (Re: 1 Complaint) with certificate of service. (Attachments: # 1 Memorandum in Support of Motion) (pf) (Entered: 11/25/2025) |
| 12/02/2025 | | 4 | Request for Alias Summons filed by Plaintiff Mark Danko. (pf) (Entered: 12/02/2025) |

| | | | |
|---|---|---|---|
| 12/02/2025 | | 5 | Alias Summons Issued on Andrew Breiter−Wu. Date Issued 12/2/2025, Answer Due 1/2/2026. Summons must be served within seven (7) days of issuance. (pf) (Entered: 12/02/2025) |
| 12/03/2025 | | 6 | Hearing Scheduled for 1/15/2026 at 12:00 PM at Worcester Courtroom 3 Re: 3 Motion of Defendant to Dismiss Adversary Proceeding. Objection deadline is 01/08/2026 at 4:00PM. (spr) (Entered: 12/03/2025) |
| 12/04/2025 | | 7 | Certificate of Service of Notice of Hearing (Re: 3 Motion to Dismiss Adversary Proceeding) filed by Defendant Andrew Breiter−Wu. (sas) (Entered: 12/04/2025) |
| 12/04/2025 | | 8 | BNC Certificate of Mailing. (Re: 5 Alias Summons Issued) Notice Date 12/04/2025. (Admin.) (Entered: 12/05/2025) |
| 12/06/2025 | | 9 | BNC Certificate of Mailing − Hearing. (Re: 6 Hearing Scheduled) Notice Date 12/06/2025. (Admin.) (Entered: 12/07/2025) |
| 12/09/2025 | | 10 | Summons Service Executed on Andrew Breiter−Wu 12/3/2025. (meh, Usbc) (Entered: 12/09/2025) |
| 12/26/2025 | | 11 | Request for Alias Summons filed by Plaintiff Mark Danko. (pf) (Entered: 12/26/2025) |
| 12/26/2025 | | 12 | Alias Summons Issued on Mark Danko Date Issued 12/26/2025, Answer Due 1/26/2026. Summons must be served within seven (7) days of issuance. (pf) (Entered: 12/26/2025) |
| 12/28/2025 | | 13 | BNC Certificate of Mailing. (Re: 12 Alias Summons Issued) Notice Date 12/28/2025. (Admin.) (Entered: 12/29/2025) |
| 01/02/2026 | | 14 | Summons Service Executed on Andrew Breiter−Wu on 12/24/2025. (pf) (Entered: 01/05/2026) |
| 01/08/2026 | | 15 | Amended Complaint by Mark Danko against Andrew Breiter−Wu. (RE: related document(s)1 Adversary case 25−01162. Complaint by Mark Danko against Andrew Breiter−Wu. Fee Amount $350. Nature of Suit(62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud)) filed by Plaintiff Mark Danko). (Attachments: # 1 Certificate of Service) (pf) (Entered: 01/08/2026) |
| 01/08/2026 | | 16 | Motion filed by Plaintiff Mark Danko for Leave to File 15 First Amended Complaint. (Attachments: # 1 Certificate of Service) (pf) (Entered: 01/08/2026) |
| 01/08/2026 | | 17 | Opposition filed by Plaintiff Mark Danko Re: 3 Motion filed by Defendant Andrew Breiter−Wu to Dismiss Adversary Proceeding. (Attachments: # 1 Certificate of Service) (pf) (Entered: 01/08/2026) |
| 01/08/2026 | | 18 | Endorsed Order dated 1/8/2026 Re: 16 Motion filed by Plaintiff Mark Danko for Leave to File 15 First Amended Complaint. THIS MOTION WILL BE HELD FOR OBJECTIONS THROUGH JANUARY 26, 2026. (ag) (Entered: 01/08/2026) |
| 01/08/2026 | | 19 | Endorsed Order dated 1/8/2026 Re: 3 Motion filed by Defendant Andrew Breiter−Wu to Dismiss Case. IN THE INTEREST OF JUDICIAL ECONOMY, IN LIGHT OF THE MOTION TO AMEND COMPLAINT |

| | | | |
|---|---|---|---|
| | | | FILED JANUARY 8, 2026, THE HEARING ON THIS MOTION SET FOR JANUARY 15, 2026 IS CONTINUED TO FEBRUARY 5, 2026 AT 12:00 P.M. IN THE FEDERAL BUILDING AND COURTHOUSE, COURTROOM 3, 595 MAIN STREET, WORCESTER, MA. (pf) (Entered: 01/08/2026) |
| 01/08/2026 | | | Hearing Continued to 02/05/2026 at 12:00 PM at Worcester Courtroom 3 Re: 3 Motion to Dismiss Adversary Proceeding Filed by Defendant Andrew Breiter−Wu. (pf) (Entered: 01/08/2026) |
| 01/10/2026 | | 20 | BNC Certificate of Mailing − PDF Document. (Re: 18 Order on Motion to Amend) Notice Date 01/10/2026. (Admin.) (Entered: 01/11/2026) |
| 01/10/2026 | | 21 | BNC Certificate of Mailing − PDF Document. (Re: 19 Order on Motion to Dismiss Adversary Proceeding) Notice Date 01/10/2026. (Admin.) (Entered: 01/11/2026) |
| 01/16/2026 | | 22 | Objection with certificate of service filed by Defendant Andrew Breiter−Wu Re: 16 Motion filed by Plaintiff Mark Danko for Leave to File 15 First Amended Complaint. (pf) (Entered: 01/16/2026) |
| 01/22/2026 | | 23 | Hearing Scheduled for 2/5/2026 at 12:00 PM at Worcester Courtroom 3 Re: 16 Motion filed by Plaintiff Mark Danko for Leave to File 15 First Amended Complaint. (slh, usbc) (Entered: 01/22/2026) |
| 01/24/2026 | | 24 | BNC Certificate of Mailing − Hearing. (Re: 23 Hearing Scheduled) Notice Date 01/24/2026. (Admin.) (Entered: 01/25/2026) |
| 01/30/2026 | | 25 | Response with certificate of service filed by Plaintiff Mark Danko Re: 22 Defendant's Objection to: 16 Motion filed by Plaintiff for Leave to File 15 First Amended Complaint. (pf) (Entered: 01/30/2026) |
| 02/02/2026 | | 26 | Certificate of Service of Notice of Hearing Re: 16 Motion filed by Plaintiff Mark Danko for Leave to File 15 First Amended Complaint. (sas) (Entered: 02/02/2026) |
| 02/03/2026 | | 27 | Notice of Pro Se Representation and Bar Admission with certificate of service filed by Plaintiff Mark Danko. (pf) (Entered: 02/04/2026) |
| 02/05/2026 | | | Hearing Held Re: 3 Motion filed by Defendant Andrew Breiter−Wu to Dismiss Adversary Proceeding. (pf) (Entered: 02/05/2026) |
| 02/05/2026 | | 28 | Proceeding Memorandum and Order dated 2/5/2026 Re: 3 Motion filed by Defendant Andrew Breiter−Wu to Dismiss Adversary Proceeding. DENIED WITHOUT PREJUDICE. THE DEADLINE FOR THE PLAINTIFF TO FILE A FURTHER AMENDED COMPLAINT IS FEBRUARY 26, 2026. THE DEADLINE FOR THE DEFENDANT TO FILE AN ANSWER OR RESPONSIVE PLEADING TO THE FURTHER AMENDED COMPLAINT IS 21 DAYS FROM THE FILING AND SERVICE OF THE AMENDED COMPLAINT. (pf) (Entered: 02/05/2026) |
| 02/05/2026 | | | Hearing Held Re: 16 Motion filed by Plaintiff Mark Danko for Leave to File 15 First Amended Complaint. (pf) (Entered: 02/05/2026) |
| 02/05/2026 | | 29 | Proceeding Memorandum and Order dated 2/5/2026 Re: 16 Motion filed by Plaintiff Mark Danko for Leave to File 15 First Amended Complaint. GRANTED. SEE ORDER OF EVEN DATE. (pf) (Entered: 02/05/2026) |

| | | | |
|---|---|---|---|
| 02/07/2026 | | 30 | BNC Certificate of Mailing − PDF Document. (Re: 28 Order on Motion to Dismiss Adversary Proceeding) Notice Date 02/07/2026. (Admin.) (Entered: 02/08/2026) |
| 02/07/2026 | | 31 | BNC Certificate of Mailing − PDF Document. (Re: 29 Order on Motion to Amend) Notice Date 02/07/2026. (Admin.) (Entered: 02/08/2026) |
| 02/25/2026 | | 32 | Amended Complaint by Mark Danko against Andrew Breiter−Wu. (RE: 1 Complaint). (Attachments: # 1 Certificate of Service) (pf) (Entered: 02/26/2026) |
| 03/16/2026 | | 33 | Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint with certificate of service. (Attachments: # 1 Memorandum of Law in Support of) (pf) (Entered: 03/17/2026) |
| 03/17/2026 | | 34 | Hearing Scheduled on 5/7/2026 at 11:00 AM at Worcester Courtroom 3 − EDK Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. Objections due by 4/30/2026 at 04:00 PM. (slh, usbc) (Entered: 03/17/2026) |
| 03/19/2026 | | 35 | BNC Certificate of Mailing − Hearing. (Re: 34 Hearing Scheduled) Notice Date 03/19/2026. (Admin.) (Entered: 03/20/2026) |
| 04/06/2026 | | | Hearing Rescheduled to 05/21/2026 at 10:00 AM at Worcester Courtroom 3 − EDK Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. (slh, usbc) (Entered: 04/06/2026) |
| 04/06/2026 | | 36 | Proceeding Memorandum and Order dated 4/6/2026 Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. IN THE INTEREST OF JUDICIAL ECONOMY, THE HEARING ON THIS MATTER SET FOR MAY 7, 2026, AT 11:00 AM HAS BEEN RESCHEDULED. THIS MATTER WILL NOW BE HEARD ON MAY 21, 2026, AT 10:00 A.M. THE RESCHEDULED HEARING WILL BE CONDUCTED IN−PERSON AT 595 MAIN STREET, COURTROOM 3, WORCESTER, MASSACHUSETTS. (pf) (Entered: 04/06/2026) |
| 04/08/2026 | | 37 | BNC Certificate of Mailing − PDF Document. (Re: 36 Order on Motion to Dismiss Adversary Proceeding) Notice Date 04/08/2026. (Admin.) (Entered: 04/09/2026) |
| 04/17/2026 | | | Hearing Rescheduled to 06/04/2026 at 10:30 AM at Springfield Courtroom − Berkshire and by Zoom.gov Re: 33 Motion to Dismiss Adversary Proceeding Filed by Defendant Andrew Breiter−Wu. (slh, usbc) (Entered: 04/17/2026) |
| 04/17/2026 | | 38 | Proceeding Memorandum and Order dated 4/17/2026 Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. DUE TO A CONFLICT IN THE COURT'S CALENDAR, THE HEARING ON THIS MATTER SET FOR MAY 21, 2026, HAS BEEN RESCHEDULED. THIS MATTER WILL NOW BE HEARD ON JUNE 4, 2026, AT 10:30 AM IN THE FEDERAL COURTHOUSE, BERKSHIRE COURTROOM, 300 STATE STREET, SPRINGFIELD, MA AND BY ZOOM.GOV VIDEO CONFERENCE. PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING, SHOULD EMAIL THE COURTROOM DEPUTY AT sophia_howard@mab.uscourts.gov REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY |

| | | | |
|---|---|---|---|
| | | | REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN INTEREST. ALL OTHER PARTIES WHO WISH TO ATTEND THE HEARING MUST ATTEND IN PERSON. (pf) (Entered: 04/17/2026) |
| 04/19/2026 | | 39 | BNC Certificate of Mailing − PDF Document. (Re: 38 Order on Motion to Dismiss Adversary Proceeding) Notice Date 04/19/2026. (Admin.) (Entered: 04/20/2026) |
| 04/29/2026 | | 40 | Opposition filed by Plaintiff Mark Danko Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. (Attachments: # 1 Certificate of Service) (pf) (Entered: 04/29/2026) |
| 05/04/2026 | | 41 | Reply with certificate of service filed by Defendant Andrew Breiter−Wu Re: 40 Plaintiff's Opposition to 33 Motion to Dismiss 32 First Amended Complaint. (pf) (Entered: 05/04/2026) |
| 06/04/2026 | | | Hearing Held Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. (pf) (Entered: 06/04/2026) |
| 06/04/2026 | | 42 | Endorsed Order dated 6/4/2026 Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. TAKEN UNDER ADVISEMENT. (pf) (Entered: 06/04/2026) |
| 06/04/2026 | | 43 | Order dated 6/4/2026 Re: 33 Motion filed by Defendant Andrew Breiter−Wu to Dismiss 32 First Amended Complaint. GRANTED. See Order for Full Text. (pf) (Entered: 06/04/2026) |
| 06/06/2026 | | 44 | BNC Certificate of Mailing − PDF Document. (Re: 42 Order on Motion to Dismiss Adversary Proceeding) Notice Date 06/06/2026. (Admin.) (Entered: 06/07/2026) |
| 06/06/2026 | | 45 | BNC Certificate of Mailing − PDF Document. (Re: 43 Order on Motion to Dismiss Adversary Proceeding) Notice Date 06/06/2026. (Admin.) (Entered: 06/07/2026) |
| 06/18/2026 | | 46 | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel filed by Plaintiff Mark Danko (Re: 43 Order on Motion to Dismiss Adversary Proceeding). Appellant Designation due by 7/2/2026. Compiled Records Due by 7/16/2026. Transmission of Designation Due by 7/20/2026. Fee Amount $298. (Attachments: # 1 Certificate of Service)(sas) (Entered: 06/18/2026) |
| 06/18/2026 | | 47 | Clerk's Notice of Fees Due in the amount of $298.00 Re: 46 Notice of Appeal and Statement of Election filed by Plaintiff Mark Danko. Fee due by 7/2/2026. (sas) (Entered: 06/18/2026) |
| 06/18/2026 | | 48 | Notice of Appeal to Bankruptcy Appellate Panel (Re: 46 Notice of Appeal and Statement of Election filed by Plaintiff Mark Danko). (sas) (Entered: 06/18/2026) |
| 06/18/2026 | | 49 | Copy of Notice of Appeal to Bankruptcy Appellate Panel sent to Plaintiff Mark Danko. (sas) (Entered: 06/18/2026) |
| 06/18/2026 | | 50 | Initial Transmittal to BAP Re: 46 Notice of Appeal and Statement of Election filed by Plaintiff Mark Danko. (sas) (Entered: 06/18/2026) |

| | | | |
|---|---|---|---|
| 06/20/2026 | | 51 | BNC Certificate of Mailing − Notice (Re: 47 Clerk's Notice of Fees Due) Notice Date 06/20/2026. (Admin.) (Entered: 06/22/2026) |
| 06/20/2026 | | 52 | BNC Certificate of Mailing − PDF Document. (Re: 49 Generic PDF) Notice Date 06/20/2026. (Admin.) (Entered: 06/22/2026) |
| 07/02/2026 | | 53 | Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues Filed by Plaintiff Mark Danko (RE: 46 Notice of Appeal and Statement of Election). Appellee designation due by 7/16/2026. (pf) (Entered: 07/02/2026) |
| 07/02/2026 | | | Receipt of Appeal Adversary Filing Fee − $298.00 by KJ. Receipt Number 11001453. (adi) (Entered: 07/02/2026) |
| 07/03/2026 | | | Transcript Requested by Mark Danko, Pro Se. Transcriptionist awaiting payment upon completion of transcript. (Janice Russell Transcripts) (Entered: 07/03/2026) |
| 07/16/2026 | | | Transcript Ordered and Acknowledged. Requested by Mark Danko, Pro Se and payment received. The expected completion date is 7/16/2026. (Janice Russell Transcripts) (Entered: 07/16/2026) |
| 07/16/2026 | | 54 | An official transcript (RE: Hearing Rescheduled Re: 33 Motion to Dismiss Adversary Proceeding Filed by Defendant Andrew Breiter−Wu.) heard on 06/04/26 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 08/6/2026 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 10/15/2026. (Janice Russell Transcripts) (Entered: 07/16/2026) |
| 07/16/2026 | | 56 | Appellee Designation of Additional Item for Inclusion in Record of Appeal filed by Defendant Andrew Breiter−Wu (Re: 46 Notice of Appeal and Statement of Election). (sas) (Entered: 07/17/2026) |
| 07/17/2026 | | 55 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90−day period. (ADI) (Entered: 07/17/2026) |
| 07/19/2026 | | 57 | BNC Certificate of Mailing − Notice (Re: 55 Notice of Filing of Official Transcript) Notice Date 07/19/2026. (Admin.) (Entered: 07/20/2026) |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

In re:

ANDREW BREITER-WU,

Debtor. Chapter 7

Case No. 25-11742

-----------------------------------------------------------

MARK DANKO,

Plaintiff, Adv. Proc. No. 25-01162

v.

ANDREW BREITER-WU,

Defendant.

NOTICE OF PRO SE REPRESENTATION AND BAR ADMISSION

I, Mark Danko, hereby notify the Court that I am appearing in this matter pro se. I further inform the Court that I am admitted to practice law in the State of California and I am a member in good standing of the California State Bar.

I am not admitted to practice before this Court and do not seek to appear as counsel of record for any party other than myself.

Respectfully submitted,

/s/ Mark Danko

Mark Danko Pro Se

Date: 2/3/2026

CERTIFICATE OF SERVICE

I, Mark Danko, hereby certify that on this date, a true and correct copy of NOTICE OF PRO SE REPRESENTATION AND BAR ADMISSION was served upon the Defendant, Andrew Breiter-Wu, by electronic mail.

Served upon:

Andrew Breiter-Wu

Defendant, Pro Se

Email: Legal@breiterplanet.com

Respectfully submitted,

/s/ Mark Danko

Mark Danko

Plaintiff

978 382 6038

mwdanko@gmail.com

302 melrose st

Melrose Ma

Dated: 2/3/2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ANDREW BREITER-WU<br><br>Debtor,<br>______________________________<br><br>**Mark Danko, Plaintiff/Appellant**<br><br>v.<br><br>**Andrew Breiter-Wu, Defendant/Appellee** | CHAPTER 7<br><br>CASE NO. 25-11742<br><br>ADVERSARY PROCEEDING #25-01162<br><br>BAP CASE NO. 26-22 |

**DEFENDANT/APPELLEE ANDREW BREITER-WU'S DESIGNATION OF ADDITIONAL ITEM FOR INCLUSION IN RECORD ON APPEAL**

Defendant/Appellee Andrew Breiter-Wu, appearing pro se, hereby submits this designation of an additional item for inclusion in the record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009.

Appellee makes this supplemental designation to ensure the record is complete in light of Appellant's stated issues on appeal, including issues concerning Plaintiff/Appellant's pro se status and leave to amend. Appellee does not waive and expressly reserves all arguments that Appellant's designated issues lack merit or are otherwise improper. Appellee designates the following additional item for inclusion in the record on appeal, to the extent not already included in Appellant's designation:

**1. Docket No. 27 — Notice of Pro Se Representation and Bar Admission with certificate of service filed by Plaintiff Mark Danko.**

Appellee does not designate duplicative items already included in Appellant's designation and submits this designation only to supplement the record with the additional item identified above.

Dated: July 16, 2026

Respectfully submitted,
/s/ Andrew Breiter-Wu
Andrew Breiter-Wu, Pro Se
Debtor
86 Willard Ave
Seekonk, MA 02771
617-334-5785
Legal@breiterplanet.com

---

**CERTIFICATE OF SERVICE**

I, Andrew Breiter-Wu, certify that on July 16, 2026, I served a copy of the foregoing Defendant/Appellee Andrew Breiter-Wu's Designation of Additional Item for Inclusion in Record on Appeal by email upon Plaintiff/Appellant Mark Danko at the following email address:

**Mark Danko**
mwdanko@gmail.com
Plaintiff/Appellant, Pro Se

Dated: July 16, 2026

**/s/ Andrew Breiter-Wu**
**Andrew Breiter-Wu**
Defendant/Appellee, Pro Se